AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynn, Barbara M. | 2. Court or Organization<br><br>U.S.D.C.-No. District of Texas | 3. Date of Report<br><br>08/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Federal Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | Family Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | Member | Board of Directors, Southern Methodist University Tate Lecture Series |
| 6. | Trustee | Board of Trustees, American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 7-10, 2016 | Naples, FL | Winter Leadership Meeting | Transportation, meals, hotel |
| 2. | Case Western Reserve University | January 25-February 2, 2016 | Strasbourg, France | IP and the Judiciary - Patent Law Conference | Transportation, meals, hotel |
| 3. | University of Southern California | February 7-10, 2016 | Santa Monica, CA | USC Gould School of Law - 2016 Intellectual Property Institute | Transportation, meals, hotel |
| 4. | American Conference Institute | February 24-26, 2016 | New York, NY | Medical Device Patents Conference | Transportation, meals, hotel |
| 5. | ABA | April 13-16, 2016 | Chicago, IL | Section Annual Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

| | | | | |
|---|---|---|---|---|
| 6. | Colby College | April 24-26, 2016 | Waterville, ME | Brody Award | Transportation, meals, hotel |
| 7. | American Inns of Court Foundation | May 13-14, 2016 | Washington, DC | Board Meeting | Transportation, meals, hotel |
| 8. | The American Law Institute | May 15-18, 2016 | Washington, DC | ALI Annual Meeting | Transportation, meals, hotel |
| 9. | Delaware Chapter FBA | May 18-20, 2016 | Wilmington, DE | Delaware Bench and Bar | Transportation, meals, hotel |
| 10. | The University of Texas at Austin | June 9-10, 2016 | Austin, TX | Patent Damages Conference | Transportation, meals, hotel |
| 11. | ABA | June 16-19, 2016 | Vancouver, Canada | Spring Leadership Meeting | Transportation, meals, hotel |
| 12. | ChIPs Network | September 13-16, 2016 | Washington, DC | ChIPs Global Summit 2016 | Transportation, meals, hotel |
| 13. | The Eastern District of Texas Bar AS | October 19-20, 2016 | Plano, TX | Eastern District Bench Bar | Transportation, meals, hotel |
| 14. | American Inns of Court Foundation | November 4-6, 2016 | Washington, DC | Board Meeting | Transportation, meals, hotel |
| 15. | The Honorable Barbara M.G. Lynn American Inn of Court | November 5, 2016 | Washington, DC | Celebration of Excellence Dinner | Meal |
| 16. | Folashade Fashokun | November 17-18, 2016 | Austin, TX | Judge Lee Yeakel Inn of Court | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Account #1 (includes 2-46) | | | | | | | | | |
| 2. -Vanguard Ext Mkt Idx Adm | D | Dividend | N | T | Sold (part) | 03/18/16 | J | | |
| 3. -Vanguard Ext Mkt Ids Adm | | | | | Sold (part) | 06/20/16 | J | | |
| 4. -Vanguard Ext Mkt Idx Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 5. -Vanguard Ext Mkt Idx Adm | | | | | Sold (part) | 12/21/16 | J | | |
| 6. -Vanguard Int Term TE Adm | F | Dividend | P1 | T | Redeemed (part) | 01/25/16 | J | | |
| 7. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 04/25/16 | J | | |
| 8. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 08/08/16 | J | | |
| 9. -Vanguard Int Term TE Adm | | | | | Redeemed (part) | 10/31/16 | J | | |
| 10. -Vanguard Long Term TE Adm | D | Dividend | N | T | | | | | |
| 11. -Vanguard Ltd Term TE Adm | E | Dividend | P1 | T | Buy | 03/14/16 | J | | |
| 12. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/14/16 | K | | |
| 13. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/16/16 | J | | |
| 14. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/18/16 | J | | |
| 15. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/18/16 | J | | |
| 16. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/13/16 | J | | |
| 17. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/13/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/16/16 | J | | |
| 19. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/16 | J | | |
| 20. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/16 | J | | |
| 21. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 22. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 23. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/12/16 | K | | |
| 24. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 25. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/16/16 | J | | |
| 26. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/16 | K | | |
| 27. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/16 | J | | |
| 28. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/21/16 | J | | |
| 29. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/21/16 | J | | |
| 30. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/23/16 | J | | |
| 31. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | Sold (part) | 03/16/16 | J | | |
| 32. -Vanguard Tax Managed Cap Ap Adm | | | | | Sold (part) | 06/16/16 | J | | |
| 33. -Vanguard Tax Managed Cap Ap Adm | | | | | Sold (part) | 09/16/16 | J | | |
| 34. -Vanguard Tax Managed Cap Ap Adm | | | | | Sold (part) | 12/23/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Ttl Int Stock Index Adm | E | Dividend | O | T | Sold (part) | 03/14/16 | J | | |
| 36. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 06/13/16 | J | | |
| 37. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 38. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/19/16 | J | | |
| 39. -Vanguard Tlt Stk Idx Adm | F | Dividend | P1 | T | Sold (part) | 03/14/16 | K | | |
| 40. -Vanguard Tlt Stk Idx Adm | | | | | Sold (part) | 06/13/16 | K | | |
| 41. -Vanguard Tlt Stk Idx Adm | | | | | Sold (part) | 09/12/16 | K | | |
| 42. -Vanguard Tlt Stk Idx Adm | | | | | Sold (part) | 12/19/16 | K | | |
| 43. -Vanguard 500 Idx Adm | E | Dividend | P1 | T | Sold (part) | 03/18/16 | J | | |
| 44. -Vanguard 500 Idx Adm | | | | | Sold (part) | 06/20/16 | J | | |
| 45. -Vanguard 500 Idx Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 46. -Vanguard 500 Idx Adm | | | | | Sold (part) | 12/21/16 | J | | |
| 47. -Vanguard Account #2 (includes 48) | | | | | | | | | |
| 48. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 49. Vanguard Account #3 (includes 50-66) | | | | | | | | | |
| 50. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | O | T | | | | | |
| 51. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy | 03/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/14/16 | J | | |
| 53. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/13/16 | J | | |
| 54. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/13/16 | J | | |
| 55. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 56. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 57. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/16 | J | | |
| 58. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/16 | J | | |
| 59. -Vanguard Tlt Stk Mkt Idx Adm | D | Dividend | O | T | Sold (part) | 03/14/16 | J | | |
| 60. -Vanguard Tlt Stk Mkt Idx Adm | | | | | Sold (part) | 06/13/16 | J | | |
| 61. -Vanguard Tlt Stk Mkt Idx Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 62. -Vanguard Tlt Stk Mkt Idx Adm | | | | | Sold (part) | 12/19/16 | J | | |
| 63. -Vanguard Tlt Int Stock Idx Adm | C | Dividend | M | T | Sold (part) | 03/14/16 | J | | |
| 64. -Vanguard Tlt Int Stock Idx Adm | | | | | Sold (part) | 06/13/16 | J | | |
| 65. -Vanguard Tlt Int Stock Idx Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 66. -Vanguard Tlt Int Stock Idx Adm | | | | | Sold (part) | 12/19/16 | J | | |
| 67. Vanguard Account #4 (includes 68) | | | | | | | | | |
| 68. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Account #5 (includes 70) | | | | | | | | | |
| 70. -Vanguard Tax-Exempt Money Mkt | A | Dividend | L | T | | | | | |
| 71. Vanguard R/O IRA #1 (includes 72-75) | | | | | | | | | |
| 72. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 73. -Vanguard Ttl Bond Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 74. -Vanguard Tlt Int Bond Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 75. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 76. Vanguard IRA #1 (includes 77) | | | | | | | | | |
| 77. -Vanguard Total Bond Mkt Idx Adm | B | Dividend | M | T | | | | | |
| 78. Trust #1 (includes 79-83) | | | | | | | | | |
| 79. -Vanguard Int Term TE Adm | C | Dividend | M | T | | | | | |
| 80. -Vanguard Prime Money Mkt | A | Dividend | J | T | | | | | |
| 81. -Vanguard Ttl Int Stock Index Adm | B | Dividend | K | T | | | | | |
| 82. -Vanguard Ttl Stk Index Adm | D | Dividend | N | T | | | | | |
| 83. - Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 84. Trust #2 (includes 85-87) | | | | | | | | | |
| 85. -Vanguard Ttl Intl Stock Ix Adm | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Ttl Stock Ix Adm | D | Dividend | O | T | Sold (part) | 04/11/16 | J | A | |
| 87. - Pioneeer Natural Resources | A | Dividend | J | T | | | | | |
| 88. Vanguard Trust #3 (includes 89-91) | | | | | | | | | |
| 89. -Vanguard Prime Money Mkt | A | Dividend | J | T | Buy (add'l) | 04/11/16 | J | | |
| 90. -Vanguard Prime Money Mkt | | | | | Redeemed (part) | 04/12/16 | J | | |
| 91. -Vanguard Prime Money Mkt | | | | | Redeemed (part) | 06/15/16 | J | | |
| 92. Vanguard Trust # 4 (include 93-99) | | | | | | | | | |
| 93. -Vanguard Prime Money Mkt Fund | A | Dividend | | | Redeemed (part) | 02/17/16 | J | | |
| 94. -Vanguard Prime Money Mkt Fund | | | | | Sold | 10/20/16 | J | | |
| 95. -Vanguard Int Term TE Adm | B | Dividend | | | Redeemed (part) | 02/17/16 | J | A | |
| 96. -Vanguard Int Term TE Adm | | | | | Sold | 10/20/16 | L | | |
| 97. -Vanguard Ltd Term TE Inv | A | Dividend | | | Sold | 10/20/16 | K | | |
| 98. -Vanguard Ttl Int Stk Ix Adm | B | Dividend | | | Sold | 10/20/16 | L | | |
| 99. -Vanguard Ttl Stk Ix Adm | C | Dividend | | | Sold | 10/20/16 | M | | |
| 100. Vanguard SEP IRA #1 (includes 101) | | | | | | | | | |
| 101. -Total Bond Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 102. Vanguard R/O IRA #1 (inlcudes 103-106) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 104. -Vanguard Ttl Bd Mkt Idx Adm | D | Dividend | M | T | | | | | |
| 105. -Vanguard Ttl Int Bd Mkt Idx Adm | E | Dividend | N | T | | | | | |
| 106. -Vanguard ST Inv Grd Adm | D | Dividend | M | T | | | | | |
| 107. Vanguard R/O IRA #2 (includes 108-112) | | | | | | | | | |
| 108. -Vanguard Int Inv Grd Adm | E | Dividend | P1 | T | Buy | 09/23/16 | M | | |
| 109. -Vanguard ST Inv Grd Adm | D | Dividend | N | T | Buy | 09/12/16 | L | | |
| 110. -Vanguard ST Inv Grd Adm | | | | | Buy (add'l) | 09/23/16 | L | | |
| 111. -Vanguard ST Inv Grd Adm | | | | | Buy (add'l) | 10/10/16 | J | | |
| 112. -Vanguard Ttl Intl Bond Ix Adm | D | Dividend | O | T | Buy | 09/23/16 | L | | |
| 113. Vanguard IRA (includes 114) | | | | | | | | | |
| 114. -Vanguard Ttl Bond Mkt Ix Adm | B | Dividend | L | T | | | | | |
| 115. Vanguard Trust #1 (includes 116-119) | | | | | | | | | |
| 116. -Vanguard LifeStrat Mod Growth | B | Dividend | L | T | Sold (part) | 03/14/16 | J | A | |
| 117. -Vanguard LifeStrat Mod Growth | | | J | T | Buy | 12/01/16 | J | | |
| 118. -Vanguard Tax EX MM | | | | | Buy | 03/14/16 | J | | |
| 119. -Vanguard Tax EX MM | | | | | Sold | 03/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Trust #2 (includes 121-129) | | | | | | | | | |
| 121. -Vanguard LifeStrat Mod Growth | B | Dividend | L | T | Sold (part) | 03/14/16 | J | A | |
| 122. -Vanguard LifeStrat Mod Growth | | | | | Sold (part) | 04/06/16 | J | A | |
| 123. -Vanguard LifeStrat Mod Growth | | | | | Sold (part) | 10/12/16 | K | | |
| 124. -Vanguard LifeStrat Mod Growth | | | | | Buy | 12/01/16 | J | | |
| 125. -Vanguard Tax EX MM | A | Dividend | J | T | Buy (add'l) | 03/14/16 | J | | |
| 126. -Vanguard Tax EX MM | | | | | Redeemed (part) | 03/15/16 | J | | |
| 127. -Vanguard Tax EX MM | | | | | Buy (add'l) | 04/06/16 | J | | |
| 128. -Vanguard Tax EX MM | | | | | Redeemed (part) | 04/07/16 | J | | |
| 129. -Vanguard Tax EM MM | | | | | Sold (part) | 10/12/16 | J | | |
| 130. Investments Ltd (includes 131-163) | | | | | | | | | |
| 131. -Vanguard 500 Idx Adm | E | Dividend | P1 | T | Sold (part) | 03/18/16 | J | | |
| 132. -Vanguard 500 Idx Adm | | | | | Sold (part) | 06/20/16 | J | | |
| 133. -Vanguard 500 Idx Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 134. -Vanguard 500 Idx Adm | | | | | Sold (part) | 12/21/16 | J | | |
| 135. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy (add'l) | 03/14/16 | J | | |
| 136. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/18/16 | J | | |
| 138. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/18/16 | J | | |
| 139. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/13/16 | K | | |
| 140. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/16/16 | J | | |
| 141. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/16 | J | | |
| 142. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/16 | J | | |
| 143. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 144. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 145. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/12/16 | J | | |
| 146. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/16/16 | J | | |
| 147. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/16 | J | | |
| 148. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/21/16 | J | | |
| 149. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/21/16 | J | | |
| 150. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/23/16 | J | | |
| 151. -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | Sold (part) | 03/16/16 | J | | |
| 152. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Sold (part) | 06/16/16 | J | | |
| 153. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Sold (part) | 09/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Sold (part) | 12/23/16 | J | | |
| 155. -Vanguard Ttl Int Stock Index Adm | E | Dividend | P1 | T | Sold (part) | 03/14/16 | J | | |
| 156. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 06/13/16 | K | | |
| 157. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 158. -Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/19/16 | J | | |
| 159. -Vanguard Ltd Term TE Adm | E | Dividend | P1 | T | | | | | |
| 160. -Vanguard Ext Mkt Idx Adm | D | Dividend | O | T | Sold (part) | 03/18/16 | J | | |
| 161. -Vanguard Ext Mkt Idx Adm | | | | | Sold (part) | 06/20/16 | J | | |
| 162. -Vanguard Ext Mkt Idx Adm | | | | | Sold (part) | 09/12/16 | J | | |
| 163. -Vanguard Ext Mkt Idx Adm | | | | | Sold (part) | 12/21/16 | J | | |
| 164. Management Ltd (includes 165-166) | | | | | | | | | |
| 165. -Vanguard Federal Money Market | A | Dividend | J | T | Buy (add'l) | 08/18/16 | J | | |
| 166. -Vanguard Prime Money Market | A | Dividend | | | Sold | 08/18/16 | J | | |
| 167. 401k-LTPC Profit Sharing | D | Dividend | L | T | | | | | |
| 168. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 169. JP Morgan Chase | A | Interest | J | T | | | | | |
| 170. Comerica | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544